**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**


| | |
|---|---|
| **DONALD REED,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    NO.  08-cv-195-JPG-DGW |
| | ) |
| **NUPLEX RESINS, L.L.C.,** | ) |
| | ) |
| **Defendant.** | ) |


## JUDGMENT IN A CIVIL CASE


The Court having received a Joint Stipulation of Dismissal With Prejudice advising

the Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice,

without costs.

**Dated:   June 2, 2008**

**NORBERT JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**



**APPROVED:** *s/ J. Phil Gilbert*
           **U. S. DISTRICT JUDGE**